IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:07-cr-4-RS-CJK
       5:11-CV-389-RS-CJK

MARTIN B MOORE,
_____/

## ORDER

Before me are the August 6, 2014, Magistrate Judge's Report and Recommendation (Doc. 388), and Defendant's Motion to Reconsider, or in the Alternative, Objections to the Report and Recommendation (Doc. 393). I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 329) is **DENIED**.

3. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

4. The Clerk is directed to close this case.

**ORDERED** on October 22, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**